CITY OF BURLINGAME V. KANSAS VALLEY NATIONAL
BANK.

PLEADINGS, FILED OUT OF TIME; *Error Waived.*   Where a reply has
stood unchallenged for nearly three years, and where during that time
the parties have once consented to judgment in favor of the plaintiff,
but through some oversight the same was not entered upon the journals
of the court, there is no error in overruling a motion to strike the reply
from the files because filed one day after the time.

### *Error from Osage District Court.*

THE only question here, is one of practice, respecting the
filing of pleadings.   Judgment was given for the *Bank*, at
the December Term 1874, and the *City of Burlingame* brings
the case here.

*James Rogers*, for plaintiff in error.

*Peck & Ryan*, for defendant in error.

The opinion of the court was delivered by

BREWER, J.: But a single question is presented by counsel
for plaintiff in error, and that, it seems to us, is clearly cov-
ered by decisions already made in this court.   March 21st
1872, was the time for filing a reply.   It was filed the next
day.   Judgment was not entered until December 1874.
When called for trial at that time the defendant moved to
strike the reply from the files, because filed out of time.   The
court overruled the motion, and this is the error complained
of.   It also appears that the case was continued by consent,
at the fall term of 1872.   At the fall term of 1873, judgment
was by agreement of the respective attorneys rendered in favor
of the plaintiff, as appears from the minutes of the judge upon
the trial docket, though no entry thereof appears on the jour-
nal of the court.   Was the plaintiff in error prejudiced by
the ruling of the court?   Clearly not.   The reply had stood
unchallenged for nearly three years.   The parties had once
consented to judgment.   If no reply had been filed, it would

scarcely seem an abuse of the court's discretion, if it had permitted one to be filed. *A fortiori*, there was no abuse in permitting one already filed to remain.    See upon the power of the court in respect to filing of pleadings, *Douglas v. Rinehart,* 5 Kas. 392; *Davis v. Wilson,* 11 Kas. 74; *Taylor v. Hosick,* 13 Kas. 518; *Clark v. Spencer,* 14 Kas. 398; *Hobson v. Ogden,* 16 Kas. 388.

The judgment will be affirmed.

All the Justices concurring.